UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWAY MENGISTU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant. | Case No. CV 10-5227 JC<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Order of Remand filed concurrently herewith.

DATED: October 7, 2013

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE